```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    IRA A. DAVES
 4  Assistant United States Attorney
    California Bar No. 156724
 5       Room 7516, Federal Building
         300 North Los Angeles Street
 6       Los Angeles, California  90012
         Telephone:  (213) 894-2443
 7       Fax: (213) 894-7819
         E-Mail: Ira.Daves@usdoj.gov
 8
    Attorneys for Respondents Jane E. Arellano, Christina Poulos,
 9  Michael Chertoff, Emilio T. Gonzalez, Robert Mueller, III, and
    Michael B. Mukasey
10
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TROUH SHIN LU, | NO. CV 07-8152-AHM(SSx) |
| Petitioner, | ORDER APPROVING JOINT STIPULATION DISMISSING ACTION WITHOUT PREJUDICE |
| v. | |
| JANE ARELLANO, *et al.*, | |
| Respondents. | Hon. A. Howard Matz United States District Judge |

1   The Court hereby APPROVES the parties' Joint Stipulation
2 dismissing this action in its entirety without prejudice and
3 requiring the agency to adjudicate Petitioner's application for
4 naturalization within thirty (30) of the date this Order is
5 entered.

6
7 IT IS SO ORDERED.

DATED:   March 20, 2008   _____
8                              THE HONORABLE A. HOWARD MATZ
   **Make JS-6**                United States District Judge

2